UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVILLE A. BRYAN,

                Petitioner,

- against -

THE PEOPLE OF THE STATE OF NEW YORK,

                Respondent.

**ORDER**

22 Civ. 2066 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Petitioner, who paid the filing fee of $5.00, brings this pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging the constitutionality of his 2004 conviction in Supreme Court of the State of New York, Queens County.  Because Petitioner was convicted and sentenced in Queens County (see Dkt. No. 1-2 at 5-6, 21-22), which is located in the Eastern District of New York, this action is transferred under Local Rule 83.3 to the United States District Court for the Eastern District of New York.

      The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.  The Clerk of Court is further directed to transfer this action to the United States District Court for the Eastern District of New York and to close the case.

Dated: New York, New York
      March 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge